UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GRIFFIN, MARK MCINDOO, and SUSAN DETOMASO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDI, INC., DOE DEFENDANTS 1-10,<br><br>Defendants. | Civil Action No.:5:16-cv-354 (LEK/ATB) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION REQUESTING: PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS; APPOINTMENT OF CLASS COUNSEL; AUTHORIZATION TO SEND NOTICES OF SETTLEMENT; AND DATE FOR FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs in the above-captioned class and collective action hereby move the Court for:

(a) preliminary approval of the proposed settlement;
(b) conditional certification for settlement purposes only of the proposed class of New York workers;
(c) appointment of Plaintiffs' counsel as Class Counsel;
(d) approval of and authorization to send notices of the proposed settlement with claim forms to the proposed class of New York workers and to workers who have already opted in to the FLSA component of this action; and
(e) a date and time at which the Court will hold the final fairness hearing.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Adam Gonnelli In Support of Plaintiffs' Motion for Preliminary Approval, which contains the proposed notices, claim forms and settlement agreement, the proposed order, and all pleadings, exhibits, records, and documents on file in this case, any matters of which judicial notice may be taken, any oral argument that may be presented, and any such matters the Court deems just and necessary.

Defendant does not oppose this motion.

Accordingly, Plaintiffs respectfully request this Court grant their motion.

Dated: April 27, 2018                                      By: */s/ Adam R. Gonnelli*

Adam R. Gonnelli, Esq.
N.D.N.Y. Bar Roll no.: 515045
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com

**FARUQI & FARUQI, LLP**
Innessa S. Melamed, Esq.
N.D.N.Y. Bar Roll no.: 519963
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: imelamed@faruqilaw.com

**FRANK S. GATTUSO, ESQ.**
9 Landgrove Drive
Fayetteville, New York 13066
Telephone: 315-400-5958
Email: frankgattuso14@gmail.com

**VIRGINIA & AMBINDER, LLP**
Lloyd R. Ambinder
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
Email: Lambinder@vandallp.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Michael A. Tompkins
1 Old Country Road, Suite 347
Carle Place, New York 11514
Telephone: (516) 873-9550
Email: jbrown@leedsbrownlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 27, 2018, he electronically filed the foregoing **Notice of Motion and Motion for Preliminary Approval of Proposed Settlement** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

>Noah A. Finkel
>Attorney Bar No. 6624910
>Cheryl A. Luce
>Attorney Bar No. 6313386
>Seyfarth Shaw LLP
>131 South Dearborn Street, Suite 2400
>Chicago, Illinois 60603
>Tel. (312) 460-5000
>Fax (312) 460-7000
>nfinkel@seyfarth.com
>cluce@seyfarth.com
>
>Louisa Johnson
>Attorney Bar No. 391805
>Seyfarth Shaw LLP
>1075 Peachtree Street, N.E., Suite 2500
>Atlanta, Georgia 30309
>Tel. (404) 885-1500
>Fax (404) 892-7056
>lojohnson@seyfarth.com
>
>Howard M. Wexler
>Attorney Bar No. 518197
>Seyfarth Shaw LLP
>620 Eighth Avenue, 32nd Floor
>New York, New York 10018
>Tel. (212) 218-5500
>Fax (212) 218-5526
>hwexler@seyfarth.com

By: */s/ Adam Gonnelli*_____
     Adam Gonnelli (Bar Roll No. 515045)