UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GRIFFIN, MARK MCINDOO, and SUSAN DETOMASO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDI, INC., DOE DEFENDANTS 1-10,<br><br>Defendants. | Civil Action No.:5:16-cv-354 (LEK/ATB)<br><br>**DECLARATION OF ADAM R. GONNELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** |

I, Adam R. Gonnelli, hereby declare:

1. I am a partner with The Sultzer Law Group, P.C., counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval.

2. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement in this case.

3. Attached hereto as Exhibit B is the proposed notice to the FLSA Collective members.

4. Attached hereto as Exhibit C the proposed notice to the New York Class Members.

5. Attached hereto as Exhibit D The proposed Claim Form to be sent with the notice to the New York Class Members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 27, 2018 at Red Bank, New Jersey.

_____
Adam Gonnelli (Bar Roll #515045)