**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| ANTHONY GRIFFIN, MARK MCINDOO, and SUZANNE DETOMASO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDI, INC., DOE DEFENDANTS 1-10,<br><br>Defendants. | Civil Action No.: 5:16-cv-354 (LEK/ATB) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION REQUESTING: FINAL APPROVAL OF PROPOSED SETTLEMENT, CLASS CERTIFICATION, AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs in the above-captioned class and collective action hereby move the Court for:

(a) final approval of the proposed Settlement;
(b) final certification, for settlement purposes only, of the Rule 23 New York Class of New York workers;
(c) appointment of Plaintiffs' counsel as Class Counsel;
(d) approval of the requested attorneys' fees and expenses; and
(e) approval of the requested service awards to the names Plaintiffs.

In support of this motion, Plaintiffs submit the accompanying (1) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Proposed Settlement and Final Certification of the Rule 23 New York Class; (2) the Memorandum of Law in Support of Plaintiffs' Application for Attorneys' Fees, Litigation Expenses and Service Awards to Names Plaintiffs; (3) the Declaration of Adam Gonnelli, which contains the Declarations of the three named Plaintiffs; (4) the Declaration of Innessa Melamed Huot; (5) the Declaration of Frank S. Gattuso; (6) the Declaration of Lloyd Ambinder, (7) the Declaration of Michael Tompkins; and (8) the Declaration Brian Devery; as well as the proposed order and all pleadings, exhibits, records, and documents on file in this case, any

1

matters of which judicial notice may be taken, any oral argument that may be presented, and any such matters the Court deems just and necessary.

Defendant does not oppose this motion.

Accordingly, Plaintiffs respectfully request this Court grant their motion.

Dated: November 5, 2018    By: */s/ Adam R. Gonnelli*_____
Adam R. Gonnelli, Esq.
N.D.N.Y. Bar Roll no.: 515045
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com

**FARUQI & FARUQI, LLP**
Innessa M. Huot, Esq.
N.D.N.Y. Bar Roll no.: 519963
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: ihuot@faruqilaw.com

**GATTUSO & CIOTOLI, PLLC**
Frank S. Gattuso
The White House
7030 East Genesee Street
Fayetteville, New York 13066
Telephone: 315-299-6350
Facsimile: 315-446-7521
Email: fgattuso@gclawoffice.com

**VIRGINIA & AMBINDER, LLP**
Lloyd R. Ambinder
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
Email: Lambinder@vandallp.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Michael A. Tompkins

                                                  1 Old Country Road, Suite 347  
                                                  Carle Place, New York 11514  
                                                  Telephone: (516) 873-9550  
                                                  Email: jbrown@leedsbrownlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 5, 2018, she electronically filed the foregoing **Notice of Motion and Motion for Final Approval of Proposed Settlement, class certification, award of attorneys' Fees and Expenses, and Service Awards** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

Noah A. Finkel
Attorney Bar No. 6624910
Cheryl A. Luce
Attorney Bar No. 6313386
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel. (312) 460-5000
Fax (312) 460-7000
nfinkel@seyfarth.com
cluce@seyfarth.com

Louisa Johnson
Attorney Bar No. 391805
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Tel. (404) 885-1500
Fax (404) 892-7056
lojohnson@seyfarth.com

Howard M. Wexler
Attorney Bar No. 518197
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Tel. (212) 218-5500
Fax (212) 218-5526
hwexler@seyfarth.com

By: */s/ Innessa Melamed Huot*
Innessa Melamed Huot (Bar Roll No. 519963)