## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK
## SYRACUSE DIVISION

| | |
|---|---|
| ANTHONY GRIFFIN, MARK MCINDOO, and SUZANNE DETOMASO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDI, INC., DOE DEFENDANTS 1-10,<br><br>Defendants. | Civil Action No.: 5:16-cv-354 (LEK/ATB)<br><br>**DECLARATION OF BRIAN DEVERY** |

I, Brian Devery, declare as follows:

1.     I am a Project Manager with Angeion Group, LLC ("**Angeion**"), the Settlement Administrator retained in this matter, located at 1650 Market Street, Suite 2210, Philadelphia, PA 19103.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     Angeion was retained by the Parties to serve as Settlement Administrator and to, among other tasks, mail the Notice of Settlement of FLSA Collective Action Lawsuit to the FLSA Collective Members and the Notice of Settlement of Class Action and FLSA Collective Action Lawsuit and the Aldi Inc. Claim Form to the New York Class Members (collectively, the "Collective/Class Notices"); respond to Class Member inquiries, receive and process Claim Forms, review and determine if submitted claims are valid, and perform other duties as specified in the Settlement Agreement and by the directives of the Court, including but not limited to the Court's Order entered on June 21, 2018 granting preliminarily approval of the Settlement Agreement.

3.      Angeion has administered class action settlements involving millions of class members.  A representative list of the settlements administered by Angeion is available at http://www.angeiongroup.com/cases.htm.  Through the administration of the settlements referenced above, Angeion has received, processed and secured data from defendants and other sources. Angeion has analyzed settlement class member data including performing deduplication, National Change of Address Searches (NCOA) and skip traces.   Angeion has successfully implemented noticing campaigns involving direct mail notice, email notice, text noticing, printed media and digital media for millions of potential class members. Further, Angeion has analyzed and reported on class member data obtained through claim forms submitted via mail and through online claims filing, class member correspondence, objections to the settlement, exclusion requests and other means.  Angeion is experienced in the application of complex claim calculations and, where applicable, tax withholding and reporting, as required by federal, state, and local taxing authorities, as well as in reviewing settlement agreements and court orders.

4.      Angeion is not related to or affiliated with the Plaintiff, Plaintiff's Counsel, Defendant or Counsel for Defendant.

## The Class List

5.      On or about July 2, 2018, Angeion received in Excel format a spreadsheet containing a listing of 158 New York Class Members from Defendant.  The spreadsheet contained the name, address, employment dates as a salaried Store Manager, and work week information for the members of the New York Class who had not previously become FLSA opt-in plaintiffs.  Whereas Angeion was the Notice administrator for the notice sent to the conditionally-certified FLSA collective, Angeion was able to procure the mailing list for FLSA Collective Members from its own records.  Angeion provided the list of FLSA Collective Members to counsel for both parties

which agreed on the final list.  The original FLSA collective list contained 388 records however after the inclusion of the named plaintiffs and five late opt ins whose consents to join have been filed with the Court (Benjamin J. Brezovic, Patricia Bulleri, Heather N. Gargano, Kerry C. Garrett, and Kayla M. Hakr), as agreed upon by both parties, the total number of FLSA Collective Members is 393.

## **Notice**

6.    On July 20, 2018, Angeion caused the Collective/Class Notices to be mailed.  Pursuant to the terms of the Settlement Agreement, members of the NY Class and Members of the FLSA class each received specific Notices. The mailing of the Class Notices was completed via First Class Mail, postage prepaid.  Prior to sending the aforementioned Class Notice, the Class List was updated utilizing the National Change of Address ("**NCOA**") database, which provides updated address information for individuals who have moved during the previous four years and filed a change of address with the United States Postal Service ("**USPS**").  A true and accurate copy of the Collective/Class Notices are attached hereto as Exhibits "A" and "B".

## **Undeliverable Mail**

7.    During the period of July 20, 2018 through November 5, 2018, 3 Collective/Class Notices were returned to Angeion by the USPS with a forwarding address. Following the receipt of these returned mailings, the Notices were mailed to the forwarding addresses. None of the 3 Notices that were forwarded were returned as undeliverable a second time.

8.      During the period of July 20, 2018 through November 5, 2018, 17 Collective/Class Notices were returned to Angeion by the USPS without forwarding addresses.  Angeion conducted address verification searches on 16 records (commonly referred to as "skip tracing") in an effort to locate new addresses[1].  Of the 16 Collective/Class Notices that were skip traced, new addresses were obtained for 14 of them. The Collective/Class List was updated with the new address information and Notice was re-mailed to the updated addresses. Of the Collective/Class Notices re-mailed to updated addresses identified via skip trace, 3 were returned as undeliverable a second time.

**Claim Forms, Requests for Exclusion and Objections**

9.      Only members if the New York Class were required to complete and return a Claim Form. As of November 5, 2017, Angeion has received and processed 45 Claim Forms from members of the NY Class.  A list of the names of the NY Class who submitted claims and their respective redacted Claims Forms are attached hereto as Exhibit "C".

10.     As of November 5, 2018, Angeion has received no objections from the New York Class Members.

11.     As of November 5, 2018, Angeion has received nine (9) requests for exclusion from New York Class Members and no requests for exclusion from FLSA Collective Members.  The names of the New York Class Members seeking exclusion from the Settlement are:

> Cummins,Brandy M
> Doan,Brian A
> Dudar,Joseph M
> Gordon,Coleen B
> Lee,Kayla
> Lindsay,Kristin L
> Mullen,Richard W
> Steffen,Jessica A
> Stout,Craig R

---

[1] One undeliverable Notice did not require a skip trace as the Class Member had already submitted a claim form.

**Preliminary Allocations**

12.     Pursuant to the Settlement Agreement Angeion has preliminarily calculated the Gross awards to Class Members.  Angeion divided the total allocation of the Gross Settlement Fund by the number of weeks worked by the Collective FLSA Class Members and established that each Class Member will receive a gross allocation of $264.31 per week worked.  Angeion then multiplied the weekly allocation by the number of work weeks for the New York Class Claimants and added the total allocations for the FLSA and New York Classes.  The total allocation to both classes exceeded the Gross Settlement Fund.  Pursuant to the Terms of the Settlement Agreement, Angeion then applied a Pro Rata to all Class Members which reduced the gross allocation per week to $235.51.

13.     The claims of the Store Managers whose claims are less than $100 will be rounded up to $100.

14.     Applying the prorated gross allocation to the Class Members, not including the minimum awards, Store Managers will receive an average gross award of $25,841.99.  The highest gross award is $92,825.80 and lowest gross award, not including the $100 minimum awards, is $841.12.

**Distribution and Remaining Tasks**

15.     Following the issuance of the Final Approval Order and achievement of the Effective Date, Angeion will calculate the Net Settlement Fund, calculate the Net Awards to Class Members and cause the Distribution of the Settlement Funds in accordance with the terms of the Settlement Agreement and the directives and Orders of this Court.

16.     With all 393 FLSA Collective Members remaining part of the lawsuit and 45 New York Class Claimants, there are a total of 438 Authorized Claimants.

17.     Angeion estimates its fees and costs for completing the administration of the settlement to be no more than $36,815.80.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: November 5, 2018

Brian Devery

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION
=========================================
ANTHONY GRIFFIN, MARK MCINDOO, and
SUZANNE DETOMASO, on behalf of themselves and
all others similarly situated,

|                         |                          |
|-------------------------|--------------------------|
| Plaintiffs,             | Civil Action No.: 5:16-cv-354 |
| v.                      | (LEK/ATB)                |

ALDI, INC., DOE DEFENDANTS 1-10,

Defendants.
=========================================

## NOTICE OF SETTLEMENT OF FLSA COLLECTIVE ACTION LAWSUIT

**TO:**   All current and former Aldi Inc. ("Aldi") Store Managers who previously joined the Fair Labor Standards Act ("FLSA") lawsuit against Aldi as party plaintiffs by filing a Consent to Join form (referred to as the "FLSA Collective").

## PLEASE READ THIS NOTICE CAREFULLY

This Notice relates to a proposed settlement of the above-styled lawsuit that you previously joined as a party plaintiff by filing a Consent to Join form. The Named Plaintiffs and your attorneys ("Class Counsel") have agreed with Aldi to settle the lawsuit for a maximum of $9.8 million. This notice has been authorized by the United States District Court for the Northern District of New York. It contains important information about your right to receive a settlement check or to elect not to be included in the settlement by withdrawing from the case ("opt-out").

Aldi Inc. has agreed to settle the wage claims for work you performed as a Store Manager. The Court has not decided who is right and who is wrong in this lawsuit. Your legal rights may be affected, and you have a choice to make now. These rights and options are summarized below and are fully explained in this Notice.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **PARTICIPATE** | Unless you opt out of the settlement by withdrawing your Consent to Join form, you will be deemed to have participated in it. As described more fully below, you must submit a properly completed W-9 form enclosed with this Notice. If the Court approves this settlement, you should receive your settlement check approximately 60 days after the approval, provided that there is no appeal of that approval order. |
| **EXCLUDE YOURSELF** | If you wish to opt-out from the lawsuit, you must follow the directions outlined in response to Question 6 below. If you opt out, you will not be part of the settlement but you will keep the right to bring your own case against Aldi with your own lawyers at your own expense. |

### 1.  Why did I receive this notice?

You have received this notice because records indicate that you worked for Aldi as a Store Manager and you filed a Consent to Join form in late 2016 or early 2017.

### 2.  Why is there a settlement?

Class Counsel, with the assistance of a certified public accountant, has analyzed and evaluated the merits of the individual and collective claims made against Aldi in this action.  Specifically, Class Counsel has analyzed payroll, personnel files, corporate policies, and procedures, performed extensive legal research, analyzed and projected damages for the individual members of the FLSA Collective, and engaged in the exchange of discovery, including depositions. The parties also participated in two separate in-person settlement conferences—the first in October 2017 with private mediator Martin Scheinman, Esq., and the second in January 2018 with Magistrate Judge Andrew T. Baxter.  Based upon Class Counsel's analysis of this data, relevant law, and the substantial risks of continued litigation, including the possibility that the litigation, if not settled now, might not result in any recovery whatsoever for Class Members, or might result in a recovery that is less favorable and/or that would not occur for several years, Class Counsel entered into this proposed settlement.

### 3.  How much will I receive if I do not withdraw my Consent to Join form?

The amount you will receive depends on how many people participate in the settlement.  The maximum amount to be paid in the settlement is $9.8 million.  After attorneys' fees, expenses, administration costs, employer- and employee-side taxes, and service awards for the three Named Plaintiffs are deducted, the amount each person receives will be calculated based on the number of weeks they worked as a Store Manager.  If you worked for Aldi as a Store Manager in New York at any time between March 29, 2010, and October 17, 2017, all such time as a New York Store Manager will be included in the calculation of your workweeks.  If you worked for Aldi as a Store Manager outside of New York, you will be credited with the number of weeks you worked as a salaried exempt Store Manager for Aldi between the date three years prior to the filing of your Consent to Join form through October 17, 2017. There is a maximum of $8,625,000 provisionally designated for potential payments to the FLSA Collective prior to the deductions described above.  The remaining $1,175,000 is provisionally allocated to the New York Class.  The amounts that will ultimately be used for the FLSA Collective and New York Class allocations depend on the number of claimants because the two allocations are in an inverse relationship.  In other words, the amount attributable to the FLSA Collective may decrease if the amount attributable to the New York Class needs to increase to ensure an equitable allocation of the settlement monies based on the total number of workweeks represented by each group of claimants.

In no event shall an FLSA Authorized Claimant be able to receive payment twice for the same workweek as both an FLSA Authorized Claimant and a New York Class Claimant. All payments distributed to each claimant shall be split evenly between wages and liquidated and/or other non-wage damages for tax purposes, and the employee's share of taxes shall be withheld from the wage Settlement Check that you will receive.

### 4.  If I want to remain a party to this lawsuit and receive a settlement check, what do I have to do?

You are already a party to this lawsuit by virtue of the Consent to Join form that you previously filed.  To receive a settlement check, however, you **must** submit a completed W-9 form (enclosed).  You have a right to participate in this settlement regardless of your immigration status.  Your settlement payment will be delayed if you submit a W-9 with incomplete or missing information. If you do not have a TIN or SSN, you may still participate in the settlement so long as you obtain a TIN or SSN on or before **January 16, 2019**.

**You must return a complete W9 to the settlement administrator:**

**Aldi Settlement**
**PO Box 30352**
**Philadelphia PA 19103**

## 5.  Settlement Fund and Termination Provisions

The parties have agreed that the maximum that Aldi will pay under the parties' settlement agreement, inclusive of payments to workers, employer and employee taxes, Class Counsel's attorneys' fees, costs, and expenses, Settlement Claims Administrator's costs and fees, and approved Service Awards to the Named Plaintiffs, is $9,800,000.00. Aldi may terminate the settlement if 5% or more Settlement Class Members opt-out. Plaintiffs may terminate this Agreement if the aggregate value of the Authorized Claims of New York Class participants exceeds 50% of the maximum potential of all New York Class allocations. The amounts paid to you and all other Authorized Claimants may be reduced proportionally in the event the aggregate of all Authorized Claims, taxes, fees, costs, expenses, and service awards exceeds $9,800,000.00.

## 6.  If I no longer want to be a party to this lawsuit and thus wish to exclude myself from the settlement, what should I do?

You may exclude yourself ("opt-out") from this case if you do not want to receive a settlement payment, but you want to maintain your right to sue Aldi on your own.  To withdraw from this case you **must** mail a written, signed statement to Class Counsel clearly indicating your wish to opt out of the "ALDI Class Action Settlement."  You **must** include your name, address, and telephone number in your opt-out letter to Class Counsel.  To be effective, Class Counsel must receive your request in time to withdraw your Consent to Join form that is currently on file with the Court.  Thus, you **must** fax, email, or mail via First Class United States Mail, postage prepaid, your signed opt-out statement to the address below, and postmarked by **September 3, 2018.**

**CLASS ACTION OPT OUT**
**ATTN:  Aldi Settlement**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

## 7.  If my Consent to Join form is not withdrawn by September 3, 2018 what claims against Aldi am I releasing?

If you fail to opt-out using the process described in response to question 6 above or do nothing by **September 3, 2018** then you will automatically be part of this settlement and will be deemed to have released your claims as a party plaintiff to this lawsuit.  Upon receipt of the W-9 form you will be entitled to receive your allocated share of the settlement.  The scope of your release of claims will depend on where you worked for Aldi as a Store Manager.

If you worked for Aldi in any state other than New York, your released claims include any FLSA claims for unpaid minimum wages, overtime wages, liquidated damages, and attorneys' fees and costs related to such claims, that were or could have been asserted in the Litigation, whether known or unknown, through the date of final approval of the settlement.

If you worked for Aldi in New York, your released claims include all claims specifically related to your employment by Aldi under the FLSA and New York law for alleged unpaid regular or overtime wages, all related wage and hour and wage payment claims, all "derivative benefit claims" (i.e., claims for benefits, both ERISA and non-ERISA benefits, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages,  attorneys' fees, expenses, and costs related to such claims.

**8.  If I exclude myself ("opt-out"), can I get money from this settlement?**

No.  If you opt out by withdrawing your Consent to Join form, you will not receive any money from this lawsuit.

**9.  Who are the lawyers and how will the lawyers be paid?**

The following law firms represent you in this case.

THE SULTZER LAW GROUP, P.C.
Adam R. Gonnelli
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com

FRANK S. GATTUSO, ESQ.
9 Landgrove Drive
Fayetteville, New York 13066
Telephone: 315-400-5958
Email: frankgattuso14@gmail.com

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
Email: Lambinder@vandallp.com

FARUQI & FARUQI, LLP
Innessa S. Huot
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: ihuot@faruqilaw.com

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown
Michael A. Tompkins
1 Old Country Road, Suite 347
Carle Place, New York 11514
Telephone: (516) 873-9550
Email: jbrown@leedsbrownlaw.com

Class Counsel will ask the Court to approve a fee of up to one-third of the maximum settlement amount of $9.8 million described above ($3,266,666.67). Any fee award will be deducted from the $9.8 million fund.  The Court will ultimately decide the amount that will be paid to Class Counsel.

**12.  When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing at 10:00 a.m. on **November 15, 2018**, at the United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, in Judge Lawrence E. Kahn's Courtroom. At this hearing the Court will consider whether the terms of the settlement are fair, reasonable, and adequate.  After the hearing, the Court will decide whether to approve the settlement. If the settlement is approved, the Court may also decide how much to pay to Class Counsel.  We do not know how long these decisions will take.

### YOU ARE <u>NOT</u> REQUIRED TO ATTEND THE FAIRNESS HEARING

**13.  Are there more details about the settlement?**

This notice summarizes the proposed settlement.  More details are contained in the Settlement Agreement.  You can review the Settlement Agreement by asking for a copy by contacting the Settlement Claims Administrator or Class Counsel (see contact information in Questions 6 and 9).  **Please do not contact the court with questions about the settlement.**

Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION
=======================================
ANTHONY GRIFFIN, MARK MCINDOO, and
SUZANNE DETOMASO, on behalf of themselves and
all others similarly situated,

<table>
<tr><td>Plaintiffs,</td><td>Civil Action No.: 5:16-cv-354</td></tr>
<tr><td>v.</td><td>(LEK/ATB)</td></tr>
</table>

ALDI, INC., DOE DEFENDANTS 1-10,

Defendants.
=======================================

## NOTICE OF SETTLEMENT OF CLASS ACTION AND FLSA COLLECTIVE ACTION LAWSUIT

**TO:**   All current and former Store Managers employed by Aldi at its locations in the State of New York at any time between March 29, 2010 and October 17, 2017 who did not previously join the lawsuit as FLSA opt-in plaintiffs. For purposes of this Notice only, all eligible New York Store Managers are referred to as the "New York Class."

## PLEASE READ THIS NOTICE CAREFULLY

This Notice relates to a proposed settlement of any and all claims by all current and former Store Managers employed by Aldi at its locations in the State of New York at any time between March 29, 2010 and October 17, 2017. This notice has been authorized by the United States District Court for the Northern District of New York. It contains important information about your right to receive a settlement check, to object to the settlement, or to elect not to be included in the settlement by excluding yourself from the case ("opt-out").

Aldi Inc. has agreed to settle the wage claims for work you performed as a Store Manager. The settlement amount is $9.8 million. The Court has not decided who is right and who is wrong in this lawsuit. Your legal rights may be affected, and you have a choice to make now. These rights and options are summarized below and are fully explained in this Notice.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **PARTICIPATE** | You can submit a claim to receive a payment. Unless you exclude yourself from the settlement, you will be deemed to have participated in it. As described more fully below, **if you wish to receive money as part of this settlement, you must submit a Claim Form and properly completed W-9 Form which is enclosed with this Notice.** If the Court approves this settlement, you should receive your settlement check approximately 60 days after the approval, provided that there is no appeal of that approval order. |
| **EXCLUDE YOURSELF** | If you wish to exclude yourself ("opt-out") from the lawsuit, you must follow the directions outlined in response to Question 6 below. If you opt out, you will not be part of the settlement but you will keep the right to bring your own case against Aldi with your own lawyers at your own expense. |

| | |
|---|---|
| **OBJECT** | You can object by telling the Court what you do not like about the settlement and why it should not be approved.  If you wish to object to the settlement, you must write to us, at the address listed in response to Question 10 below, about why you believe the settlement is unreasonable, and must do so no later than **September 3, 2018.**  If the Court rejects your objection, you will still be bound by the terms of the settlement.<br><br>**In order to receive money from the settlement you must submit a claim. If you do nothing, you will not receive any money from the settlement but your claims will be released.** |

## 1.  Why did I receive this notice?

You have received this notice because records indicate that you worked for Aldi as a Store Manager in the State of New York at any time between March 29, 2010 and October 17, 2017.

## 2.  Why is there a settlement?

Class Counsel with the assistance of a certified public accountant, has analyzed and evaluated the merits of the individual and collective claims made against Aldi in this action.  Specifically, Class Counsel has analyzed payroll, personnel files, corporate policies, and procedures, performed extensive legal research, analyzed and projected damages for the individual members of the Class, and engaged in the exchange of discovery, including depositions. The parties also participated in two separate in-person settlement conferences—the first in October 2017 with private mediator Martin Scheinman, Esq., and the second in January 2018 with Magistrate Judge Andrew T. Baxter.  Based upon Class Counsel's analysis of this data, relevant law, and the substantial risks of continued litigation, including the possibility that the litigation, if not settled now, might not result in any recovery whatsoever for Class Members, or might result in a recovery that is less favorable and/or that would not occur for several years, Class Counsel entered into this proposed settlement.

## 3.  How much will I receive if I file a claim?

The amount you will receive depends on how many people participate in the settlement.  The maximum amount to be paid in the settlement is $9.8 million. After attorneys' fees, expenses, administration costs, employer- and employee-side taxes, and service awards for the three Named Plaintiffs are deducted, the amount each person receives will be calculated based on the number of weeks they worked as a Store Manager.  There is a maximum of $1,175,000 provisionally designated for potential payments to the New York Class prior to the deductions described in the preceding sentence.  There is also a maximum amount of $8,625,000 provisionally designated for potential payments to Store Managers in the rest of the U.S., prior to the deductions described above.  The amounts that will ultimately be used for the New York Class and the Store Managers in other states depend on the number of claimants because the two allocations are in an inverse relationship to one another and will depend on the total number of workweeks represented by each group of claimants.  In other words, the amount you will receive will depend on how many people in the New York Class submit claims and how many claimants there are in other states.

If the $1,175,000 provisionally designated for potential payments to the New York Class is not exhausted by New York claimants, Aldi will receive the amount that remains.

In no event shall a New York Store Manager who previously joined this lawsuit as an FLSA opt-in plaintiff be able to receive payment twice for the same workweek as both an FLSA Authorized Claimant and a New York Class Claimant. All payments distributed to each claimant shall be split evenly between wages and liquidated and/or other non-wage damages for tax purposes, and the employee's share of taxes shall be withheld from the wage Settlement Check that you will receive if you file a claim.

## 4.  Procedures To File A Claim

If you wish to receive your settlement money you **must** submit the enclosed Claim Form **and** a properly completed W-9 Form.  You have a right to participate in this settlement regardless of your immigration status.  However, to participate you must provide a <u>correct</u> Social Security Number ("SSN") or Tax Identification Number ("TIN") in order to receive a check.  Your settlement payment will be delayed if you submit a W-9 with incomplete or missing information. If you do not have a TIN or SSN, you may still participate in the settlement so long as you obtain a TIN or SSN on or before **January 16, 2019**.

## 5.  Settlement Fund and Termination Provisions

The parties have agreed that the maximum that Aldi will pay under the parties' settlement agreement, inclusive of payments to workers, employer and employee taxes, Class Counsel's attorneys' fees, costs, and expenses, Settlement Claims Administrator's costs and fees, and approved Service Awards to the Named Plaintiffs, is $9,800,000.00. Aldi may terminate this settlement if 5% or more Settlement Class Members opt-out. Plaintiffs may terminate this Agreement if the aggregate value of the Authorized Claims of New York Class participants exceeds $3,358,992.70, which is 50% of the maximum potential of all New York Class allocations. The amounts paid to the Authorized Claimants may be reduced proportionally in the event the aggregate of all Authorized Claims, taxes, fees, costs, expenses, and service awards exceeds $9,800,000.00.

## 6.  How do I exclude myself ("opt-out") from the settlement?

You may exclude yourself ("opt-out") from this case if you do not want to receive a settlement payment, but you want to maintain your right to sue Aldi on your own. To withdraw from this case you **must** mail a written, signed statement to Class Counsel clearly indicating your wish to opt out of the "ALDI Class Action Settlement."  You **must** include your name, address, and telephone number in your opt-out letter to Class Counsel.  To be effective, your opt-out letter **must** be faxed, emailed, or mailed via First Class United States Mail, postage prepaid, to the address below, and postmarked by **September 3, 2018.**

**CLASS ACTION OPT OUT**
**ATTN:  Aldi Settlement**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: <u>AldiSettlement@administratorclassaction.com</u>**

## 7.  What happens if I do not opt-out by September 3, 2018.

If you fail to opt-out by **September 3, 2018** then you will automatically be part of this settlement and will be deemed to have released all wage and hour claims under New York law which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

If you file the enclosed Claim Form, you will be deemed an opt-in party plaintiff under the FLSA, will be deemed to have released all wage and hour claims described above under both New York law and the FLSA, and will be entitled to receive your allocated share of the settlement.  If you do nothing, you will still be part of the settlement, however, you will not receive anything; your claim in this case against Aldi will be dismissed with prejudice by the Court.

**8.  If I exclude myself ("opt-out"), can I get money from this settlement?**

No.  If you exclude yourself, you will not receive any money from this lawsuit.

**9.  Who are the lawyers and how will the lawyers be paid?**

The following law firms represent you in this case.

THE SULTZER LAW GROUP, P.C.
Adam R. Gonnelli
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com

FRANK S. GATTUSO, ESQ.
9 Landgrove Drive
Fayetteville, New York 13066
Telephone: 315-400-5958
Email: frankgattuso14@gmail.com

FARUQI & FARUQI, LLP
Innessa S. Huot
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: ihuot@faruqilaw.com

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown
Michael A. Tompkins
1 Old Country Road, Suite 347
Carle Place, New York 11514
Telephone: (516) 873-9550
Email: jbrown@leedsbrownlaw.com

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
Email: Lambinder@vandallp.com

Class Counsel will ask the Court to approve a fee of up to one-third of the maximum settlement amount described above ($3,266,666.67). Any fee award will be deducted from the $9.8 million fund. The Court will ultimately decide the amount that will be paid to Class Counsel.

**10.  How do I object to the settlement?**

You can object to the settlement if you don't like any part of it.  You must give reasons why you think the Court should not approve it.  The Court will consider your views.  If the Court rejects your objection, you will still be bound by the terms of the settlement.  To object, you must send a letter saying that you object to this proposed settlement. Your statement must include all reasons for the objection and any supporting documentation.  Your statement must also include your name, address, and telephone number. If you wish to present your objection at the Fairness Hearing described below, you must state your intention to do so in your written objection. You will not be allowed to present reasons for your objection at the Fairness Hearing that you did not describe in your written objection.  Fax, email, or mail via First-Class United States Mail, postage prepaid, your objection to the address below.  Your objection may not be heard unless it is received by the Settlement Claims Administrator by **September 3, 2018.**

**CLASS ACTION OBJECTIONS**
**ATTN:  Aldi Settlement**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

Class Counsel will file your objection with the Court. You may not both object to the settlement **and** opt-out of this case.

**11.  What's the difference between objecting and opting out?**

Objecting is simply telling the Court that you don't like something about the settlement.  You can object only if you stay in the Class.  Excluding yourself ("opting out") is telling the Court that you don't want to be part of the Class and this proposed settlement.  If you opt out, you have no basis to object because you will no longer remain a party to this action. If you do not opt-out of the settlement you will be deemed to have released your claims in this lawsuit against Aldi.

**12.  When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing at 10:00 a.m. on **November 15, 2018**, at the United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, in Judge Lawrence E. Kahn's Courtroom. At this hearing the Court will consider whether the terms of the settlement are fair, reasonable, and adequate.  If there are objections, the Court will consider them as well.  After the hearing, the Court will decide whether to approve the settlement.  If the settlement is approved, the Court may also decide how much to pay to Class Counsel. We do not know how long these decisions will take.

### YOU MAY, BUT ARE <u>NOT</u> REQUIRED TO, ATTEND THE FAIRNESS HEARING

**13.  Are there more details about the settlement?**

This notice summarizes the proposed settlement.  More details are contained in the Settlement Agreement.  You can review the Settlement Agreement by asking for a copy by contacting the Settlement Claims Administrator or Class Counsel (see contact information in Questions 9 and 10).  **Please do not contact the court with questions about the settlement.**

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

## CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

## CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

---

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

---

_____
(First, Middle, Last)

_____
(Street Address)

_____
City                                        State                            Zip Code

_____
Email (PRINT NEATLY)                                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as _Griffin, et al. v. Aldi, Inc._, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:_____

Exhibit C

**NY CLASS MEMBERS**

| | |
|---|---|
| 1 | AMY L FRY |
| 2 | ANDREW JENSON |
| 3 | BRANDON L KIRCH |
| 4 | CASSANDRA E DUNN |
| 5 | CHAD R LARROW |
| 6 | CHURAIPORN PRICE |
| 7 | CINDY COULSON |
| 8 | DANIEL KLINE |
| 9 | DAVID A RUSSELL |
| 10 | ERIC R MURPHY |
| 11 | ERICA L BAYLOR |
| 12 | GINA V LEUTHAUSER |
| 13 | JAMES POLEK |
| 14 | JAMES T ARMSTRONG |
| 15 | JASON T SHANNON |
| 16 | JERICKA L FAULKNER |
| 17 | JOELLEN M PEGLOW |
| 18 | JOSEPH ALBINI |
| 19 | JOSEPH T BIONDI JR. |
| 20 | KATHERINE A CAPOZZELLI |
| 21 | KATHLEEN M GILBERT |
| 22 | KENNETH P MCMANUS JR. |
| 23 | KEVIN L COOPER |
| 24 | LAURIE M DALTON |
| 25 | LAWRENCE C D'ANGELO |
| 26 | MARK E BORDONARO |
| 27 | MARK T FRIEDMAN |
| 28 | MELISSA L WILLIAMS |
| 29 | MICHAEL J RICKERT II |
| 30 | MICHAEL J ZIEHL |
| 31 | MYRA LOGRONIO |
| 32 | PAUL M WINN |
| 33 | PHILLIP L JACKSON |
| 34 | RANDALL S HEALE |
| 35 | ROBERT J ANDREWS JR. |
| 36 | ROGER  LEE FITZPATRICK |
| 37 | ROSARIO S MOCCIARO |
| 38 | RYAN W MORSE |
| 39 | SARAH E HADFIELD |
| 40 | SCOTT M GLENN |
| 41 | SEAN M HORTON |
| 42 | SHAWN C DARROW JR. |
| 43 | STACY L HALSTED |
| 44 | STEVEN R GULL |
| 45 | SUSAN R MYERS |

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

Aldi Inc. Settlement Claims Administrator
PO Box 30352
Philadelphia, PA 19103
Tel: (888) 868-4936  Fax: (215) 525-0209
E-Mail: AldiSettlement@administratorclassaction.com

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

_Andrew Douglas Jenson_

(First, Middle, Last)

_____

(Street Address)

_AY_

City _____   Zip Code _____

_ADJenson_

Email (PRINT **NEATLY**)                        (Area Code)

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the **Final Order.**

SIGNATURE: _____

ALN400074

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### <u>CLAIMANT IDENTIFICATION</u>

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Brandon   Lee   Kirch
(First, Middle, Last)

(Street Address)

City                    State  NY              Zip Code

Brandon_ Kirch
Email (PRINT NEATLY)                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

ALNY 00043

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

---

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

---

Cassandra  Elaina  Dunn
(First, Middle, Last)

(Street Address)

City _____  State  NY  Zip Code _____

Cassandra dunn 12345
Email (PRINT NEATLY)          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

Aldi Inc. Settlement Claims Administrator
PO Box 30352
Philadelphia, PA 19103
Tel: (888) 868-4936   Fax: (215) 525-0209
E-Mail: AldiSettlement@administratorclassaction.com

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until January 16, 2019 to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Chad Richard Larrou
(First, Middle, Last)

(Street Address)

NY
State                          Zip Code

chad larrau
Email (PRINT NEATLY)                  (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I under[...] to participate in the settlement of it, I am agreeing to release Aldi from all [...] the Fair Labor Standards Act which have been brought in the lawsu[...] circumstances as the claims in the lawsuit, including but not limited to [...] related wage and hour and wage payment claims, all derivative benefit cl[...] non-ERISA, resulting from alleged failure to pay overtime or other wag[...] damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

ALNY00084

SIGNATURE

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Churaiporn   Price
(First, Middle, Last)

(Street Address)

New York
City                                State                          Zip Code

Mintallenprice
Email (PRINT NEATLY)                                 (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

_Cindy Coulson_
(First, Middle, Last)

(Street Address)

City          _NY_          Zip Code
          State

_thereallinline_
Email (PRINT NEATLY)          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _Cindy Coulson_          ALNY 00029

# ALDI INC. CLAIM FORM  ALNY 00081

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

## CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** SEPTEMBER 3, 2018 **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

DANIEL MacKAY KLINE
(First Middle Last)

_____
(Street Address)

City _____  NY _____  Zip Code
                      State

danielmkline
Email (PRINT NEATLY)                      (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

## CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

## CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

ERIC   RYAN   MURPHY
(First, Middle, Last)

(Street Address)

City                          State  NY                Zip Code

emurphy3
Email (PRINT NEATLY)                                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, exper[...] 29, 2010 through the date of the Final Order.

SIGNATURE:

ALNY 00110

## ALDI INC. CLAIM FORM


ALNY 0000

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

#### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

Aldi Inc. Settlement Claims Administrator
PO Box 30352
Philadelphia, PA 19103
Tel: (888) 868-4936  Fax: (215) 525-0209
E-Mail: AldiSettlement@administratorclassaction.com

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

#### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Erica    Lynn   Baylor
(First, Middle, Last)

_____
NY
State

Zip Code

elfinle87
Email (PRINT NEAT...)

(Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: Erica Lynn Baylor

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

---

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

---

*Gina, Victoria, Leuthauser*
(First, Middle, Last)

(Street Address)          /

*N* 
State

*ginaleuth*
Email (PRINT NEATLY)          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Ald~
thus consent to participate in the settlement of this class action and to join the ~
styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand
to participate in the settlement of it, I am agreeing to release Aldi from all wage a~
the Fair Labor Standards Act which have been brought in the lawsuit or ~
circumstances as the claims in the lawsuit, including but not limited to unpai~
related wage and hour and wage payment claims, all derivative benefit claims (~
non-ERISA, resulting from alleged failure to pay overtime or other wages), an~
damages, punitive damages, and/or other damages/attorneys' fees, expenses, an~
29, 2010 through the date of the Final Order.

SIGNATURE: *Gina V. Leuthauser*

ALN4
00086

ALNY 0022

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

James   Thomas   Polek
(First, Middle, Last)

(Street Address)

                          New York
City                      State                      Zip Code

Jimmer 8@
Email (PRINT NEATLY)                      (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354: I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:   James Thomas Polek

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

## CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

JAMES   THOMAS   ARMSTRONG
(First, Middle, Last)


(Street Address)


                                            NEW YORK
City                                        State                              Zip Code

jimmyarm1987@

Email (PRINT NEATLY)                                        (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all ~~~~ 29, 2010 through the date of the Final Order.

SIGNATURE: James Armstrong                                        00007

# ALDI INC. CLAIM FORM    *ALNY 00134*

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Jason Thomas Shannon
(First, Middle, Last)

(Street Address)

City _____  State  NY  Zip Code _____

jason.t.shannon25
Email (PRINT NEATLY)            (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:

*ALNY 00049*

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Jericka L. Faulkner
(First, Middle, Last)

(Street Address)

NY
City                                           State                                           Zip Code

Jerickaleigh20
Email (PRINT NEATLY)                                   (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: Jericka Faulkner

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Joellen  Marie  Pegiow
(First, Middle, Last)

(Street Address)

City                         NY
                          State                         Zip Code

JPegiow47@
Email (PRINT NEATLY)                         (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

## CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

## CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Joseph, Ramon Albini
(First Middle Last)

_____
(Street Address)

N Y
State                          Zip Code

Jalbini18@
Email (PRINT NEATLY)                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide disp[             ] and
thus consent to participate in the settlement of this class action an[           ] Inc.
styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. [        ]ing
to participate in the settlement of it, I am agreeing to release Aldi fr[         ] and
the Fair Labor Standards Act which have been brought in the [             ] and
circumstances as the claims in the lawsuit, including but not lim[           ] all
related wage and hour and wage payment claims, all derivative be[          ] and
non-ERISA, resulting from alleged failure to pay overtime or oth[         ]ited
damages, punitive damages, and/or other damages, attorneys' fees[          ]rch
29, 2010 through the date of the Final Order.

ALDY 00002

SIGNATURE: Joseph albin

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

_Joseph        T   Biondi  Jr._
(First, Middle, Last)

_____
(Street Address)

City _____   State _NY_   Zip Code _____

Email (PRINT NEATLY) _jtbiondi @_        (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to un[...] related wage and hour and wage payment claims, all derivative benefit claim[...] non-ERISA, resulting from alleged failure to pay overtime or other wages) [...] damages, punitive **damages**, and/or other damages, attorneys' fees, expenses [...] 29, 2010 through the date of the Final Order.

ALNY00013

SIGNATURE: _Jason T B_____

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Katherine   Ann   Capozzelli
(First, Middle, Last)

(Street Address)

City                          New York                    Zip Code
                              State

Kathy- Capozzelli
Email (PRINT NEATLY)                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: Katherine Capozzelli

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Kathleen  Marie  Gilbert
(First, Middle, Last)

(Street Address)

_____        NY
City                          State                          Zip Code

mojo4126
Email (PRINT NEATLY)                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Kenneth  P.  McManus Jr.
(First, Middle, Last)

(Street Address)

New York
State                              Zip Code

kenny_mc9
Email (PRINT NEATLY)                        (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from al the Fair Labor Standards Act which have been brought in the law circumstances as the claims in the lawsuit, including but not limited t related wage and hour and wage payment claims, all derivative benefit non-ERISA, resulting from alleged failure to pay overtime or other wa damages, punitive damages, and/or other damages, attorneys' fees, expe 29, 2010 through the date of the Final Order.

ALNY00101

SIGNATURE:

# ALDI INC. CLAIM FORM       ALNY 00028

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

*Kevin Leroy Cooper*

(First, Middle, Last)

_____

(Street Address)

City _____   State *NY*   Zip Code _____

*Kapcooper@*

Email (PRINT NEATLY)          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

_Laurie  M. Dalton_
(First. Middle. Last)

(Street Address)

_NY_

City _____  State _____  Zip Code _____

_LaurieDalton 999_
Email (PRINT NEATLY)                          (A___ C_d_) T_l_ph___ N___b__

By signing this Claim Form, I confirm that I have a bona fide dispute with A___
thus consent to participate in the settlement of this class action and to join th___
styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understan___
to participate in the settlement of it, I am agreeing to release Aldi from all wage___
the Fair Labor Standards Act which have been brought in the lawsuit o___
circumstances as the claims in the lawsuit, including but not limited to unpa___
related wage and hour and wage payment claims, all derivative benefit claims___
non-ERISA, resulting from alleged failure to pay overtime or other wages),___
damages, punitive damages, and/or other damages, attorneys' fees, expenses,___
29, 2010 through the date of the Final Order.

SIGNATURE: _Laurie M. Dalton_

ALNY
00032

FROM :                                                                                    Jul. 30 2018 11:04AM  P2

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Mark E Bordonaro
(First, Middle, Last)

(Street Address)

City                                    NY
                                       State                                    Zip Code

mbordon1
Email (PRINT NEATLY)                                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: Mark Bordonaro

## ALDI INC. CLAIM FORM

**YOU MUST COMPLETE THIS FORM IF YOU WISH TO PART**

### CLAIM FORM INSTRUC

You are encouraged to read the Notice of Proposed Settlement of Class Act
CLAIM FORM. To be entitled to participate in this proposed Class Action s
with supporting documents and a completed W-9 form on or before **Septem**
Inc. Claims Administration:

*ALNY 00155*

**Aldi Inc. Settlement Claims Adminis**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-**
E-Mail: **AldiSettlement@administratorclass**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

*Melissa Lynn Williams*
(First, Middle, Last)

(Street Address)

*NY*
State                                             Zip Code

*Melissamumbach*
Email (PRINT NEATLY)                              (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: *Melissa J Williams*                    *8/13/18*

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** SEPTEMBER 3, 2018 **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Michael James Rickert II
(First. Middle, Last)

(Street Address)

_____   NY   _____
City               State         Zip Code

MRICKERTII
Email (PRINT NEATLY)            (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with
thus consent to participate in the settlement of this class action and to join
styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I unders
to participate in the settlement of it, I am agreeing to release Aldi from all w
the Fair Labor Standards Act which have been brought in the lawsui
circumstances as the claims in the lawsuit, including but not limited to u
related wage and hour and wage payment claims, all derivative benefit cla
non-ERISA, resulting from alleged failure to pay overtime or other wage
damages, punitive damages, and/or other damages, attorneys' fees, expens
29, 2010 through the date of the Final Order.

SIGNATURE:

ALNY
00127



ALNY00159

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

MICHAEL J ZIEHL
_____
(First, Middle, Last)

_____
(Street Address)

                                   NY
_____        _____        _____
Cit                      State                   Zip Code

MJZIEHL
_____
Email (PRINT NEATL)                        (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

Aldi Inc. Settlement Claims Administrator
PO Box 30352
Philadelphia, PA 19103
Tel: (888) 868-4936  Fax: (215) 525-0209
E-Mail: **AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** SEPTEMBER 3, 2018 **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Myra Demillo Logronio
(First Middle Last)

(Street Address)

City _____   State NY   Zip Code _____

Email (PRINT NEATLY) muralogronio

(Area Code) Telephone Number _____

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

## ALDI INC. CLAIM FORM

**YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT**

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

> **Aldi Inc. Settlement Claims Administrator**
> **PO Box 30352**
> **Philadelphia, PA 19103**
> **Tel: (888) 868-4936  Fax: (215) 525-0209**
> **E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

_Paul Michael Winn_
(First, Middle, Last)

(Street Address)

City _____   State _NY_   Zip Code

Email (PRINT NEATLY) _WPaul1980_   (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Phillip Louis Jackson
(First, Middle, Last)

_____
(Street Address)

City _____  State  NY.  _____  Zip Code _____

Pjackson1571@
Email (PRINT NEATLY)                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____          2018 Sept. 1

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Randall S. Heale
(First, Middle, Last)

(Street Address)

N.Y.
City                          State                          Zip Code

rheale 64
Email (PRINT NEA                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Al_____
thus consent to participate in the settlement of this class action and to join the _____
styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand _____
to participate in the settlement of it, I am agreeing to release Aldi from all wage _____
the Fair Labor Standards Act which have been brought in the lawsuit or _____
circumstances as the claims in the lawsuit, including but not limited to unpa_____
related wage and hour and wage payment claims, all derivative benefit claims _____
non-ERISA, resulting from alleged failure to pay overtime or other wages), a_____
damages, punitive damages, and/or other damages, attorneys' fees, expenses, a_____
29, 2010 through the date of the Final Order.

ALNY
00066

SIGNATURE: Randall S. Heale

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

_Robert  Joseph  Andrews_
(First, Middle, Last)

(Street Address)

_N.Y._
City                                    State                        Zip Code

_above_beyond 12914_
Email (PRINT NEATLY)                                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Al[...] work and thus consent to participate in the settlement of this class action and to join the [...] styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand to participate in the settlement of it, I am agreeing to release Aldi from all wage the Fair Labor Standards Act which have been brought in the lawsuit or circumstances as the claims in the lawsuit, including but not limited to unpa related wage and hour and wage payment claims, all derivative benefit claims non-ERISA, resulting from alleged failure to pay overtime or other wages), damages, punitive damages, and/or other damages, attorneys' fees, expenses, 29, 2010 through the date of the Final Order.

SIGNATURE: _Robert J Andrews_

ALNY
00006



# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** <u>SEPTEMBER 3, 2018</u> **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

---

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

---

_Roger Lee Fitzpatrick_
(First, Middle, Last)

(Street Address)

_NY_
City                                          State                                          Zip Code

_LF1723_
Email (PRINT NE_____)                                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:

## ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Rosario, Scott, Mocciaro
(First, Middle, Last)

(Street Address)

NY
State                                    Zip Code

rmocciaro
Email (PRINT NEATLY)                                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or _____ based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpa_____ related wage and hour and wage payment claims, all derivative benefit claims non-ERISA, resulting from alleged failure to pay overtime or other wages), a damages, punitive damages, and/or other damages, attorneys' fees, expenses, 29, 2010 through the date of the Final Order.

ALNY00104

SIGNATURE: _____

ALNY 00107

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY** SEPTEMBER 3, 2018 **YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Ryan Wade Morse
(First, Middle, Last)

_____
(Street Address)

NY
(City)          (State)          (Zip Code)

ryanmorse25
Email (PRINT NEATLY)          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

ALNY 00061

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Sarah Elizabeth Houck (Hadfield)

(First. Middle. Last)

_____

(Street Address)

NC

City _____  State _____  Zip Code _____

Shouck325

Email (PRINT NEATLY)  _____ (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

Aug.17.2018 10:27 AM  S. Glenn                    7162644226              PAGE.  1/  2

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Scott  Michael  Glenn
(First, Middle, Last)

(Street Address)

City                                    New York
                                        State

Smglenn 731
Email (PRINT NEATLY)                         (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: Scott M. Glenn

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Sean Michael Horton
(First. Middle. Last)

(Street Address)

NY
State                    Zip Code

Shorton@
Email (PRINT NEATLY)                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with
thus consent to participate in the settlement of this class action and to join
styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I underst
to participate in the settlement of it, I am agreeing to release Aldi from all wa
the Fair Labor Standards Act which have been brought in the lawsuit
circumstances as the claims in the lawsuit, including but not limited to ur
related wage and hour and wage payment claims, all derivative benefit clair
non-ERISA, resulting from alleged failure to pay overtime or other wages
damages, punitive damages, and/or other damages, attorneys' fees, expense
29, 2010 through the date of the Final Order.

ALNY
00068

SIGNATURE: Sean M. Horton

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

*Shawn   Christopher   Darrow   Jr.*
(First, Middle, Last)

(Street Address)

*NY*
State                          Zip Code

*Shawn Darrow* ✓
Email (PRINT NEATLY)                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understa[...]
to participate in the settlement of it, I am agreeing to release Aldi from all wag[...]
the Fair Labor Standards Act which have been brought in the lawsuit [...]
circumstances as the claims in the lawsuit, including but not limited to unp[...]
related wage and hour and wage payment claims, all derivative benefit claim[...]
non-ERISA, resulting from alleged failure to pay overtime or other wages), [...]
damages, punitive damages, and/or other damages, attorneys' fees, expenses [...]
29, 2010 through the date of the Final Order.

ALNX000035

SIGNATURE: *Shawn C. Darrow Jr.*



ALNY 00064

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936   Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Stacy L. Halsted
(First, Middle, Last)

(Street Address)

City    State NY    Zip Code

Shalsted 211
Email (PRINT NEATL    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

07/25/2018 WED  5:55  FAX 585 343 3826 Batavia Pediatrics PC                           ALNY0011 2                    ☑001/002

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
PO Box 30352
Philadelphia, PA 19103
**Tel: (888) 868-4936  Fax: (215) 525-0209**
E-Mail: AldiSettlement@administratorclassaction.com

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLEMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

SUSAN   R   Myers
(First Middle Last)


(Street Address)


ny
City                                   State                          Zip Code

SUSANMyers016
Email (PRINT NEATLY)                                      (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:



# ALDI INC. CLAIM FORM

### YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

STEVEN ROBERT GULL
(First, Middle, Last)

(Street Address)

City                    IL                    State                    Zip Code

stevenremichelle
Email (PRINT NEATLY)                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: Steven R. Gull

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

*Lawrence        C-        D'Angelo*
(First, Middle, Last)

(Street Address)

*N.Y.*
City                                          State                            Zip Code

*L DAngelo030*
Email (PRINT NEATLY)                                          (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE:

ALNX 00033

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY <u>SEPTEMBER 3, 2018</u> YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form.  You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form.  If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**.  IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

Amy LYNN FRy
(First, Middle, Last)

(Street Address)

City                State: NY            Zip Code

Email (PRINT NEATL., :  Fry0410@              (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354.  I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claim~~s~~ ... non-ERISA, resulting from alleged failure to pay overtime or other wages ... damages, punitive damages, and/or other damages, attorneys' fees, expense ... ALNY 00052
29, 2010 through the date of the Final Order.

SIGNATURE:

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE **SEPTEMBER 3, 2018**. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

David A. Russell

(First

(St

N.Y.

City                                    State                                    Zip Code

drussell 7815

Email (PRINT NEATLY)                                    (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claim, ..., for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages ..., damages, punitive damages, and/or other damages, attorneys' fees, expense ..., 29, 2010 through the date of the Final Order.

ALNY00129

SIGNATURE: _David Russell_

# ALDI INC. CLAIM FORM

## YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT

### CLAIM FORM INSTRUCTIONS

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class Action settlement, you must submit this claim form with supporting documents and a completed W-9 form on or before **September 3, 2018** (the "Claim Bar Date") to Aldi Inc. Claims Administration:

**Aldi Inc. Settlement Claims Administrator**
**PO Box 30352**
**Philadelphia, PA 19103**
**Tel: (888) 868-4936  Fax: (215) 525-0209**
**E-Mail: AldiSettlement@administratorclassaction.com**

**IF YOU FAIL TO SUBMIT A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM WITH A COMPLETED W-9 FORM POSTMARKED OR SUBMITTED BY SEPTEMBER 3, 2018 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

### CLAIMANT IDENTIFICATION

This Claim Form must be accompanied by a completed and signed W-9 form. You must include your social security number ("SSN") or tax identification number ("TIN") on the W-9 form. If you do not have an SSN or TIN, you will still be allowed participate in the settlement; however you will have until **January 16, 2019** to obtain a TIN or SSN, otherwise your settlement money will be returned to Aldi Inc., and you will not receive a payment.

> THIS CLAIM FORM AND THE ENCLOSED W-9 FORM MUST BE SUBMITTED OR POSTMARKED ON OR BEFORE SEPTEMBER 3, 2018. IF YOU WOULD LIKE TO SUBMIT YOUR W-9 FORM USING EMAIL OR SOME METHOD OTHER THAN MAIL, PLEASE CONTACT THE SETTLMENT ADMINISTRATOR WHO WILL PROVIDE YOU WITH INSTRUCTIONS TO SECURLY TRANSFER YOUR W-9 FORM.

*Mark Thomas Friedman*
(Print Middle, Last)

_____
(Street Address)

_____   *NY*   _____
City                          State                   Zip Code

*marktf13*
Email (PRINT NEATL)                         (Area Code) Telephone Number

By signing this Claim Form, I confirm that I have a bona fide dispute with Aldi as to my wages for overtime work and thus consent to participate in the settlement of this class action and to join the FLSA collective action against Aldi Inc. styled as *Griffin, et al. v. Aldi, Inc.*, Civil Action No. 5:16-cv-354. I understand that, by joining this lawsuit and agreeing to participate in the settlement of it, I am agreeing to release Aldi from all wage and hour claims under New York law and the Fair Labor Standards Act which have been brought in the lawsuit or that are based on the same facts and circumstances as the claims in the lawsuit, including but not limited to unpaid regular and overtime wage claims, all related wage and hour and wage payment claims, all derivative benefit claims (i.e., claims for benefits, both ERISA and non-ERISA, resulting from alleged failure to pay overtime or other wages), and all interest on such claims, liquidated damages, punitive damages, and/or other damages, attorneys' fees, expenses, and costs for all time periods from March 29, 2010 through the date of the Final Order.

SIGNATURE: _____

ALNY00051