UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANTHONY GRIFFIN, *et al.*,

                        Plaintiffs,

     -against-                                   5:16-CV-354 (LEK/ATB)

ALDI, INC., *et al.*,

                        Defendants.

**SUPPLEMENTAL ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**

**I.    INTRODUCTION**

      This matter comes before the Court following a Report-Recommendation filed on April 8, 2019, by the Honorable Andrew T. Baxter, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 131 ("Report-Recommendation").

**II.    LEGAL STANDARD**

      Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If objections are timely filed, a court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." § 636(b). However, if no objections are made, a district court need review the report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008), abrogated on other grounds by Widomski v. State Univ. of N.Y. at Orange, 748 F.3d 471 (2d Cir.

2014). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." § 636(b).

### III.  DISCUSSION

The parties have agreed on the distribution of attorneys' fees as detailed in the Report-Recommendation, have knowingly and voluntarily waived their right to the fourteen-day objection period, and have filed no objections. Rep.-Rec. at 3. The Court has reviewed the Report-Recommendation for clear error and has found none. The Court therefore adopts the Report-Recommendation.

### IV.  CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 131) is **APPROVED and ADOPTED**; and it is further

**ORDERED**, that (1) pursuant to the November 15, 2018 Order Granting Final Approval of Settlement (Dkt. No. 109), $250,000 of the $500,000 in withheld attorneys' fees previously approved shall be distributed by the Settlement Claims Administrator to the O'Hara Law Office, P.C., in full satisfaction of the N.Y. Judiciary Law § 475 attorneys' fee lien held by the O'Hara Law Office; and (2) the Settlement Claims Administrator shall distribute the remaining $250,000 in attorneys' fees to other counsel for Plaintiffs, consistent with the November 15, 2018 Order Granting Final Approval of Settlement; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED: April 11, 2019
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge